No. 48, Orig. MISSISSIPPI *v.* ARKANSAS. Report of Special Master contained in his letter dated May 12, 1971, to the Clerk of this Court, is approved and shall be filed with the Clerk. [For earlier orders herein, see, *e. g.*, 402 U. S. 939.]

No. 203. McGAUTHA *v.* CALIFORNIA; and

No. 204. CRAMPTON *v.* OHIO, 402 U. S. 183. Issuance of mandate of this Court in each of these cases stayed pending disposition of petitions for rehearing.

No. 1606. DIES ET AL. *v.* CARTER ET AL. Appeal from D. C. N. D. Tex. [Probable jurisdiction noted, *ante,* p. 904.] Motion of appellee Pate for enlargement of time for oral argument granted, and an additional 10 minutes allotted to appellees to be divided equally between counsel for appellee Pate and counsel for appellee Wischkaemper. An additional 10 minutes for oral argument allotted to counsel for appellants. Pursuant to further motion of appellee Pate, total time allotted to appellees for oral argument is divided equally between counsel for appellee Pate and counsel for appellee Wischkaemper so that each will have 20 minutes.

No. 5161. JOHNSON *v.* LOUISIANA. Appeal from Sup. Ct. La. [Probable jurisdiction noted, 400 U. S. 900]; and

No. 5338. APODACA ET AL. *v.* OREGON. Ct. App. Ore. [Certiorari granted, 400 U. S. 901.] Cases restored to calendar for reargument.

No. 5712. MILTON *v.* WAINWRIGHT, CORRECTIONS DIRECTOR. C. A. 5th Cir. [Certiorari granted, *ante,* p. 904.] Motion of petitioner for appointment of counsel granted. It is ordered that Neil P. Rutledge, Esquire, of Durham, North Carolina, a member of the Bar of this Court, be, and he is hereby, appointed to serve as counsel for petitioner in this case.